# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDRES VALDEZ,** | : |
| **Plaintiff** | : |
| | : CIVIL ACTION NO. 3:13-0896 |
| v. | : |
| | : (JUDGE MANNION) |
| **MARY LOU SHOWALTER, et al.,** | : |
| **Defendants** | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Corrections Defendants' motion to dismiss Plaintiff's complaint, (Doc. No. 11), is **GRANTED**.

2. The complaint against Defendants Chew and Dively is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: March 24, 2014

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0896-01-ORDER.wpd